**United States District Court**
For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8    In Re:                                            No. C-11-5282 EMC (pr)

9    MICHAEL McNEIL,
                                                       **ORDER OF DISMISSAL**
10              Plaintiff.
     _____/

11

12        This action was opened on October 31, 2011, when the Court received from Michael McNeil

13   a letter in which he complained about prison conditions.  On that date, the Court notified Mr.

14   McNeil in writing that his action was deficient in that he had not attached a complaint or petition,

15   and had not filed an *in forma pauperis* application.  The Court further notified him that this action

16   would be dismissed if he did not submit a complaint or petition within thirty days.  Mr. McNeil then

17   sent a letter to the Court stating that it was not his intent to file a civil action, and did not want to

18   incur the filing fee obligation.  Accordingly, this action is **DISMISSED** because it was opened in

19   error.  The Clerk shall mail Plaintiff's documents back to him and close the file.  No filing fee is

20   due.

21

22        IT IS SO ORDERED.

23

24   Dated:  March 23, 2012

25                                                    _____
                                                     EDWARD M. CHEN
26                                                   United States District Judge

27

28